IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>F-SQUARED INVESTMENT MANAGEMENT LLC, *et al.*,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 15-11469 (LSS)<br><br>Jointly Administered |
| Craig Jalbert, in his capacity as Trustee for F2 Liquidating Trust,<br><br>                         Plaintiff,<br><br>      vs.<br><br>Adrienne Souza,<br>Christine Martin,<br>David Souza,<br>F. Warren McFarlan,<br>John M. Weyand 2005 Trust,<br>Jon F. Holsteen Declaration of Trust,<br>Jonathan Stern,<br>Keith Jarrett,<br>Millennium Trust Company, LLC,<br>MMF-NH LLC,<br>Paul Martin,<br>Revocable Trust of Charles E. Jacobs,<br>Roberts Family 1998 Exempt Trust,<br>Sea View Investments LLC,<br>Thomas Roberts,<br>Thomas Littauer,<br>William Weyand,<br><br>                        Defendants. | Adv. Pro. No. 17-50716 (LSS)<br>Adv. Pro. No. 17-50723 (LSS)<br>Adv. Pro. No. 17-50725 (LSS)<br>Adv. Pro. No. 17-50752 (LSS)<br>Adv. Pro. No. 17-50797 (LSS)<br>Adv. Pro. No. 17-50799 (LSS)<br>Adv. Pro. No. 17-50802 (LSS)<br>Adv. Pro. No. 17-50848 (LSS)<br>Adv. Pro. No. 17-50855 (LSS)<br>Adv. Pro. No. 17-50856 (LSS)<br>Adv. Pro. No. 17-50858 (LSS)<br>Adv. Pro. No. 17-50861 (LSS)<br>Adv. Pro. No. 17-50863 (LSS)<br>Adv. Pro. No. 17-50865 (LSS)<br>Adv. Pro. No. 17-50866 (LSS)<br>Adv. Pro. No. 17-50870 (LSS)<br>Adv. Pro. No. 17-50877 (LSS)<br><br>Re: Adv. D.I. 1 |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012, and for the reasons stated in the accompanying Joint

Memorandum in support of this motion ("Joint Memorandum"), defendants Adrienne Souza, Christine Martin, David Souza, F. Warren McFarlan, John M. Weyand 2005 Trust, Jon F. Holsteen Declaration of Trust, Jonathan Stern, Keith Jarrett, Millennium Trust Company, LLC, MMF-NH LLC, Paul Martin, Revocable Trust of Charles E. Jacobs, Roberts Family 1998 Exempt Trust, Sea View Investments LLC, Thomas Roberts, Thomas Littauer, and William Weyand ("Defendants") move (this "Motion") for entry of an order substantially in the form attached hereto dismissing Plaintiff's Complaint with prejudice.[1]

Pursuant to Del. Bankr. L.R. 7012-1, Defendants consent to the entry of final orders or judgments by the Court in connection with this Motion but reserve their right to seek a jury trial before an Article III judge.

Dated: November 13, 2017

Respectfully submitted,

/s/ Eric D. Schwartz
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Eric D. Schwartz (DE Bar No. 3134)
1201 North Market Street
Wilmington, DE 19899
Tel: (302) 658-9200

— and —

SCHIFF HARDIN LLP
J. Mark Fisher, *pro hac vice*
Walter C. Greenough
233 S. Wacker Drive, Suite 7200
Chicago, IL 60606
Tel: (312) 258-5500

*Counsel for Defendants*

---

[1] The same Motion and Joint Memorandum are contemporaneously filed in all of the above-numbered adversary proceedings because those proceedings contain substantially identical complaints against the similarly situated Defendants.