# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>F-SQUARED INVESTMENT MANAGEMENT LLC, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 15-11469 (LSS)<br><br>Jointly Administered |
| Craig Jalbert, in his capacity as Trustee for F2 Liquidating Trust,<br><br>                        Plaintiff,<br><br>              vs.<br><br>Adrienne Souza,<br>Christine Martin,<br>David Souza,<br>F. Warren McFarlan,<br>John M. Weyand 2005 Trust,<br>Jon F. Holsteen Declaration of Trust,<br>Jonathan Stern,<br>Keith Jarrett,<br>Millennium Trust Company, LLC,<br>MMF-NH LLC,<br>Paul Martin,<br>Revocable Trust of Charles E. Jacobs,<br>Roberts Family 1998 Exempt Trust,<br>Sea View Investments LLC,<br>Thomas Roberts,<br>Thomas Littauer,<br>William Weyand,<br><br>                        Defendants. | <br><br><br><br><br><br>Adv. Pro. No. 17-50716 (LSS)<br>Adv. Pro. No. 17-50723 (LSS)<br>Adv. Pro. No. 17-50725 (LSS)<br>Adv. Pro. No. 17-50752 (LSS)<br>Adv. Pro. No. 17-50797 (LSS)<br>Adv. Pro. No. 17-50799 (LSS)<br>Adv. Pro. No. 17-50802 (LSS)<br>Adv. Pro. No. 17-50848 (LSS)<br>Adv. Pro. No. 17-50855 (LSS)<br>Adv. Pro. No. 17-50856 (LSS)<br>Adv. Pro. No. 17-50858 (LSS)<br>Adv. Pro. No. 17-50861 (LSS)<br>Adv. Pro. No. 17-50863 (LSS)<br>Adv. Pro. No. 17-50865 (LSS)<br>Adv. Pro. No. 17-50866 (LSS)<br>Adv. Pro. No. 17-50870 (LSS)<br>Adv. Pro. No. 17-50877 (LSS)<br><br>Re: Adv. D.I. 1 |

### **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**

      This matter having come before the Court on Defendants' Motion to Dismiss Complaint, the Court having reviewed the Motion, accompanying Joint Memorandum,

Plaintiff's Response, and Defendants' Reply, and the Court having determined that the legal and factual bases set forth in the Motion and Joint Memorandum establish just cause for the requested relief, IT IS HEREBY ORDERED:

Defendants' Motion to Dismiss is GRANTED and the Complaint is hereby DISMISSED WITH PREJUDICE.

Dated: _____    _____
THE HONORABLE LAURIE SELBER SILVERSTEIN
U.S. BANKRUPTCY JUDGE