## CERTIFICATE OF SERVICE

I, Jose Bibiloni, certify that I am over 18 years of age and that I served the foregoing

Defendants' Motion to Dismiss Complaint on November 13, 2017 via first class mail and

email on the persons listed below:

Frederick B. Rosner, Esq.
Scott J. Leonhardt, Esq.
Jason A. Gibson, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com
leonhardt@teamrosner.com
gibson@teamrosner.com

William R. Baldiga, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
wbaldiga@brownrudnick.com

Sunni P. Beville, Esq.
Sharon I. Dwoskin, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com
sdwoskin@brownrudnick.com

Dated: November 13, 2017

*/s/ Jose Bibiloni*
Jose Bibiloni (DE Bar No. 6261)