# EXHIBIT A

## Schedule of Transfers by Passive Investor

| Defendant Name | Adversary Proceeding No. | Total Amount Received | Date of First Transfer | Date of Last Transfer |
|---|---|---|---|---|
| Adrienne Souza | 17-50716-LSS | $92,793.40 | 8/30/2013 | 9/8/2014 |
| Christine Martin | 17-50723-LSS | $162,764.55 | 8/29/2013 | 9/4/2014 |
| David Souza | 17-50725-LSS | $92,793.40 | 8/30/2013 | 9/8/2014 |
| F. Warren McFarlan | 17-50752-LSS | $92,793.40 | 8/29/2013 | 9/8/2014 |
| John M. Weyand 2005 Trust | 17-50797-LSS | $55,979.15 | 8/29/2013 | 9/4/2014 |
| Jon F. Holsteen Declaration of Trust | 17-50799-LSS | $408,974.30 | 8/30/2013 | 9/8/2014 |
| Jonathan Stern | 17-50802-LSS | $352,041.30 | 8/29/2013 | 9/8/2014 |
| Keith Jarrett | 17-50848-LSS | $121,578.50 | 8/30/2013 | 9/8/2014 |
| Millennium Trust Company, LLC | 17-50855-LSS | $203,663.15 | 8/30/2013 | 9/5/2014 |
| MMF-NH LLC | 17-50856-LSS | $243,158.00 | 8/29/2013 | 9/5/2014 |
| Paul Martin | 17-50858-LSS | $162,766.70 | 8/29/2013 | 9/4/2014 |
| Revocable Trust of Charles E. Jacobs | 17-50861-LSS | $139,031.30 | 8/30/2013 | 9/8/2014 |
| Roberts Family 1998 Exempt Trust | 17-50863-LSS | $63,448.00 | 8/30/2013 | 4/3/2014 |
| Sea View Investments, LLC | 17-50865-LSS | $1,021,831.35 | 12/9/2013 | 9/8/2014 |
| Thomas Roberts | 17-50866-LSS | $202,606.00 | 8/29/2013 | 4/3/2014 |
| Thomas Littauer | 17-50870-LSS | $246,435.65 | 8/29/2013 | 9/4/2014 |
| William Weyand | 17-50877-LSS | $185,582.80 | 8/30/2013 | 9/8/2014 |