**Exhibit A**

| Claim Number | Claimant | Claim Amount | Claim Description |
|---|---|---|---|
| 8 | Cantella & Co., Inc. | $198,152.02 | Indemnification by contract for professional services rendered |
| 63 | Howard Present | $8,495,941.00 | Indemnification pursuant to LLC agreement, company bylaws, D&O insurance policies, indemnification agreement, employment separation agreement, non-compete agreements, employment agreement, and bounced check for tax liability distribution |
| 64 | Howard Present | $2,809,524.00 | Indemnification pursuant to LLC agreement, company bylaws, D&O insurance policies, indemnification agreement, employment separation agreement, non-compete agreements, employment agreement, and bounced check for tax liability distribution |
| 65 | Mark Youngers, individually and on behalf of all investors in Virtus AlphaSector Funds | $500,000,000.00 | Amounts owed as result of lawsuit by Virtus customer against Virtus and F-Squared |
| 77 | Ladenburg Thalman Asset Management Inc. | $384,069.97 | Claims for fraudulent inducement and breach of contract |

| 78 | James T. Celico | $1,000,000.00 | Claims for fraud in connection with the sale of securities and fraudulent misrepresentation in connection with employment |
| 79 | James T. Celico | $1,000,000.00 | Claims for fraud in connection with the sale of securities and fraudulent misrepresentation in connection with employment |
| 80 | James T. Celico | $1,000,000.00 | Claim for fraud in connection with the sale of securities and fraudulent misrepresentation in connection with employment |
| 82 | Richard Tomney | Unliquidated | Indemnification claim |
| 83 | Richard Tomney | Unliquidated | Indemnification claim |
| 100 | Dawn Darnell | Unliquidated | Indemnification of manager pursuant to company LLC agreement |
| 102 | Betsy Amenta | Unliquidated | Indemnification of manager pursuant to company LLC agreement |
| 104 | Betsy Amenta | Unliquidated | Indemnification of manager pursuant to company LLC agreement |
| 106 | Dawn Darnell | Unliquidated | Indemnification of manager pursuant to company LLC agreement |

| 109 | Mark Youngers, individually and on behalf of all investors in Virtus AlphaSector Funds | $500,000,000.00 | Amounts owed as result of lawsuit by Virtus customer against Virtus and F-Squared |
| --- | --- | --- | --- |
| 110 | Frances Briggs, individually and on behalf of all investors in Virtus AlphaSector Funds | $500,000,000.00 | Amounts owed as result of lawsuit by Virtus customer against Virtus and F-Squared |
| 111 | Kimball Lloyd, individually and on behalf of all investors in Virtus AlphaSector Funds | $500,000,000.00 | Amounts owed as result of lawsuit by Virtus customer against Virtus and F-Squared |
| 123 | Laura P. Dagan | Unliquidated | Indemnification of manager pursuant to company bylaws |
| 124 | Laura P. Dagan | Unliquidated | Indemnification of manager pursuant to company LLC agreement |
| 126 | Deborah Deskavich | Unliquidated | Indemnification of manager pursuant to company LLC agreement |
| 127 | Deborah Deskavich | Unliquidated | Indemnification of manager pursuant to company bylaws |
| 128 | Stephen Ricci | Unliquidated | Indemnification of manager pursuant to company bylaws |
| 129 | Stephen Ricci | Unliquidated | Indemnification of manager pursuant to company LLC agreement |
| 130 | Thomas Mann | Unliquidated | Indemnification of manager pursuant to company LLC agreement |

| 131 | Thomas Mann | Unliquidated | Indemnification of manager pursuant to company bylaws |
| 132 | Ferdinand L.J. Vredonck | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 133 | Geraldine M. McNamara | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 134 | James. M. Oates | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 135 | Leroy Keith Jr. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 136 | Philip R. McLoughlin | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 137 | Richard E. Segerson | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 138 | Ferdinand L.J. Vredonck | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |

| 139 | Geraldine M. McNamara | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 140 | James. M. Oates | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 141 | Leroy Keith Jr. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 142 | Philip R. McLoughlin | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 143 | Richard E. Segerson | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 144 | Ferdinand L.J. Vredonck | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 145 | Geraldine M. McNamara | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |

| 146 | James. M. Oates | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 147 | Leroy Keith Jr. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 148 | Philip R. McLoughlin | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 149 | Richard E. Segerson | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 150 | Ferdinand L.J. Vredonck | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 151 | Geraldine M. McNamara | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 152 | James. M. Oates | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |

| 153 | Leroy Keith Jr. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 154 | Philip R. McLoughlin | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 155 | Richard E. Segerson | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against, among others, Virtus and F-Squared |
| 156 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 157 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 158 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 159 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |

| | | | |
|---|---|---|---|
| 160 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 161 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 162 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 163 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 164 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 165 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 166 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |

| | | | |
|---|---|---|---|
| 167 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 168 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 169 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 170 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 171 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 172 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 173 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |

| 174 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 175 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 176 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 177 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 178 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 179 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 180 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |

| | | | |
|---|---|---|---|
| 181 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 182 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 183 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 184 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 185 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 186 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 187 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |

| 188 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| --- | --- | --- | --- |
| 189 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 190 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 191 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 192 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 193 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 194 | Virtus Investment Partners, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |

| 195 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| --- | --- | --- | --- |
| 196 | Euclid Advisors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 197 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 198 | Virtus Investment Advisers, Inc. | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 199 | Virtus Opportunities Trust | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |
| 200 | VP Distributors, LLC | Unliquidated | Contribution and indemnity claim for lawsuit by Virtus customer against Virtus, Euclid, VP, and F-Squared |