### **CERTIFICATE OF SERVICE**

I, Jose F. Bibiloni, certify that I am over 18 years of age and that I served the foregoing Reply in Support of Defendants' Motion to Dismiss Complaint on January 18, 2018 via first class mail and email on the persons listed below:

| | |
|---|---|
| Frederick B. Rosner, Esq.<br>Scott J. Leonhardt, Esq.<br>Jason A. Gibson, Esq.<br>The Rosner Law Group LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com<br>leonhardt@teamrosner.com<br>gibson@teamrosner.com | Sunni P. Beville, Esq.<br>Sharon I. Dwoskin, Esq.<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>sbeville@brownrudnick.com<br>sdwoskin@brownrudnick.com |
| William R. Baldiga, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>wbaldiga@brownrudnick.com | |

Dated: January 18, 2018    */s/ Jose F. Bibiloni*
                           Jose F. Bibiloni (DE Bar No. 6261)